# Court of Appeals
# of the State of Georgia

ATLANTA, April 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0304. IN RE: AKINS DOHERTY.**

In this civil action, the trial court entered an order requiring the parties' attorneys to pay the clerk of court $1,230 each to cover the costs associated with mustering a jury panel when their case did not go forward on the day scheduled for trial. Plaintiff's counsel Akins Doherty then filed this application for discretionary review of the court's order. We lack jurisdiction.

Based on the limited application materials, it appears that this civil action remains pending in the trial court. As a result, Doherty was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order at issue here. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Pretermitting whether the trial court's order otherwise would be subject to the discretionary appeal statute, see OCGA § 5-6-35, Doherty's failure to comply with the interlocutory appeal requirements deprives us of jurisdiction over this application, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/24/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*